Petition for Writ of Mandamus Denied and Memorandum Opinion filed August
7, 2003









 

Petition for Writ of Mandamus Denied and Memorandum
Opinion filed August 7, 2003.

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00862-CV

____________

 

IN RE BILLY R. FLANIGAN, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On August 4, 2003, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221; see also Tex. R. App. P. 52.  In his petition, relator
seeks to have this Court compel the Hon. Jane Bland, presiding judge of the
281st District Court of Harris County, to set aside an order denying relator=s motion to show authority signed April 12, 2002, and an
order denying his motion to vacate a receiver=s appointment signed September 27,
2002, both entered under cause numbers 1985-35446, 1985-35446-AC, and 1989-07592.  In his petition, relator
also requested an emergency stay of the garnishment proceedings currently
pending before Respondent in these causes. 


We deny relator=s petition for writ of mandamus and
request for emergency stay.

PER CURIAM

 








Petition Denied
and Memorandum Opinion filed August 7, 2003.

Panel consists of
Chief Justice Brister and Justices Anderson and Seymore.